Petition for Writ of Habeas Corpus Granted and Opinion filed March 5,
2004









Petition for Writ of Habeas Corpus Granted and Opinion
filed March 5, 2004.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00092-CV

____________

 

IN RE JONATHAN C. CULTRERA, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

O P I N I O N

On June 5, 2003, relator was found guilty of contempt for
failure to make child support payments. 
Relator filed a petition for writ of habeas corpus in this court on
February 3, 2004.  The following
day, we granted habeas corpus relief pending a determination of the cause.  On March 3, 2004, the parties filed a joint
motion to grant habeas corpus relief pursuant to a settlement between the
parties.  Based on this joint motion, we
grant habeas corpus relief.  We further
order relator discharged from custody and released from the bond set by this
court on February 4, 2004.

PER CURIAM

Opinion filed March 5, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.